THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
PETER J. CALTAGIRONE [SBN 297559]
pcaltagirone@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant
ASSET ACCEPTANCE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RICHARD GRACE,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET ACCEPTANCE, LLC; and DOES 1-100, Inclusive,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>State Court Complaint filed 10/17/14 |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1331, Defendant Asset Acceptance, LLC ("Asset" and/or "Defendant") hereby removes this action from the Superior Court of the State of California for the County of Riverside, Case No. SWC 1403326 (the "State Case") to the United States District Court for the Central District of California, Eastern Division.  The grounds for this removal are:

**FACTUAL SUMMARY**

1.   On October 17, 2014, plaintiff Richard Grace commenced the State Case alleging violations of the federal Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq*.) and the Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code § 1788 *et seq*.).

///

2. Asset was served with the summons and complaint on October 20, 2014.

3. This notice is therefore timely pursuant to 28 U.S.C. section 1446(b) because it is being filed within thirty days after service of the complaint.

**JURISDICTION**

4. Removal is proper pursuant to 28 U.S.C. section 1441(a), which entitles a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. section 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The district court has supplemental jurisdiction over the alleged state law claim because it is so related to the claim over which the district court has original jurisdiction that it "form[s] part of the same case or controversy."  28 U.S.C. § 1367(a).

5. Pursuant to 28 U.S.C. section 1446(a), Asset attaches as **Exhibit 1** is a copy of all the Summons and Complaint filed in the State Case on October 17, 2014.

DATED:  November 19, 2014        SOLOMON WARD SEIDENWURM & SMITH, LLP

By:  *s/ Thomas F. Landers*
THOMAS F. LANDERS
tlanders@swsslaw.com
Attorneys for Defendant ASSET ACCEPTANCE, LLC

**INDEX TO EXHIBITS**

Pages

Exhibit 1:   State Court Complaint ................................................................. 1-12