# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RICHARD GRACE,<br><br>    Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC; and DOES 1-100, Inclusive,<br><br>    Defendants. | Case No. 5:14-cv-02393-TJH-KK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [JS-6]** |

Based upon the Stipulation for Dismissal of Entire Action with Prejudice, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: December 16, 2014
_____

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE